Eugene Russel GORDEN, Appellant, v. UNITED STATES of America, Appellee.

No. 10689.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1944.

A. L. Wirin and J. B. Tietz, both of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Ray H. Kinnison, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee for affirmance of the judgment of the District Court in this cause, and good cause therefor appearing, it is ordered that said motion be granted, that a judgment affirming the judgment of the District Court

herein be forthwith filed and entered accordingly and that the mandate of this court in this cause issue as provided in Rule 28.